JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
   E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> VICENTE LOPEZ-RIOS, <br>    Defendant. | Criminal No. CR 08-0846 SI; CR 03-206 SI <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 12, 2008 TO JANUARY 16, 2009** |

     The parties appeared before the Honorable Susan Illston on December 12, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 12, 2008 to January 16, 2009, in light of the need for defendant to obtain counsel and review discovery. Failure to grant the requested continuance would unreasonably deny defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0846 SI; CR 03-206 SI**

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from December 12, 2008 to January 16, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from November 21, 2008 to December 12, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 12, 2008              /s/
                                      JOHN J. JORDAN
                                      Counsel for Vicente Lopez-Rios


DATED: December 12, 2008              /s/
                                      JEANE HAMILTON
                                      Special Assistant United States Attorney


lo      IT IS SO ORDERED.

DATED:_____                 _____
                                      THE HON. SUSAN ILLSTON
                                      United States District Court Judge

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0846 SI; CR 03-206 SI**              2